UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

NORTH JERSEY MEDIA GROUP INC.,          :

                  Plaintiff,     :

      -against-                 :     14 Civ.

DEPOSITPHOTOS, INC. D/B/A               :
DEPOSITPHOTOS.COM,
                        :

                 Defendant.   :
                                        :
- - - - - - - - - - - - - - - - - - -x

### COMPLAINT AND JURY DEMAND

Plaintiff North Jersey Media Group Inc. ("NJMG"), by its undersigned attorneys, for its complaint against defendant DepositPhotos, Inc. d/b/a DepositPhotos.com ("DepositPhotos") alleges:

### Nature of the Action

1.     NJMG is bringing this action to enforce its copyright in its iconic photograph of three firefighters raising the American flag at the ruins of the World Trade Center site on September 11, 2001 (the "Flag Raising Photograph").

### Jurisdiction and Venue

2.     This Court has subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under the Copyright Act, 17 U.S.C. § 101 et seq.

3.     Upon  information  and  belief,  venue  is  proper  in
this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

4.     Defendant  is  subject  to  the  personal  jurisdiction
of this Court pursuant to N.Y. C.P.L.R. §§ 301 and 302.

<u>Parties</u>

5.     NJMG  is  a  corporation  organized  and  existing
under  the  laws  of  the  State  of  New  Jersey,  with  its  principal
place  of  business  in  Woodland  Park,  New  Jersey.   NJMG  is  the
leading  provider  of  news  and  marketing  services  in  northern  New
Jersey. <u>The Record</u> and its sister publication, <u>Herald News</u>, are
award-winning  daily  newspapers  that  reach  nearly  half  a  million
readers  a  day  with  local,  investigative  and  enterprise
reporting.  Forty-nine  community  newspapers  circulate  to  778,000
households  across  Bergen,  Passaic,  Essex,  Morris,  Hudson  and
Sussex  counties.   Together,  the  company's  daily  and  community
newspapers  reach  98%  of  homes  across  Bergen  and  Passaic
counties.

6.     Upon  information  and  belief,  DepositPhotos  is  a
Florida  corporation,  licensed  to  conduct  business  in  New  York.
Upon  information  and  belief,  DepositPhotos  has  a  place  of
business  located  at  1350  Avenue  of  the  Americas,  New  York,  New
York, 10019.

<u>NJMG's Copyright</u>

7.    On or about September 11, 2001, an employee of NJMG, acting within the scope of his employment, took the Flag Raising Photograph.   A copy is annexed as Exhibit A.   The Flag Raising Photograph has become an iconic image that has received international attention.   Because an employee of NJMG took the Flag Raising Photograph while acting within the scope of his employment, it is a "work made for hire" as defined by Section 101 of the Copyright Act.   NJMG is therefore the sole owner of the copyright in the Flag Raising Photograph.

8.    In 2002, NJMG entered into a license agreement with the United States Postal Service ("USPS") which granted the USPS a non-exclusive right to create and sell stamps or other philatelic products bearing the image of NJMG's Flag Raising Photograph.

<u>Defendant's Infringing Acts</u>

9.    Defendant has, without permission, sold copies of the USPS stamp that bears the image of NJMG's Flag Raising Photograph.

10.    Defendant sold copies of the USPS stamp bearing NJMG's Flag Raising Photograph through its website, www.depositphotos.com.   Upon information and belief, DepositPhotos obtained one copy of the Flag Raising Photograph

from a user named "neftali77," and one copy from a user named "S_Kohl."

CLAIM FOR RELIEF
(Copyright Infringement - 17 U.S.C. § 501)

11.   NJMG repeats the allegations in paragraphs 1 through 10 as if set forth in full.

12.   NJMG owns, registered and received the United States Certificate of Copyright Registration No. VA 1-014-297 for the copyright in the Flag Raising Photograph (the "Flag Raising Copyright").  A copy of the United States Certificate of Copyright Registration is annexed as Exhibit B.

13.   NJMG's Flag Raising Copyright is valid and enforceable.

14.   Defendant has infringed NJMG's Flag Raising Copyright by making and distributing unauthorized copies of it, or a derivative work of it, in violation of 17 U.S.C. § 501.

15.   Defendant's acts have irreparably damaged and, unless enjoined, will continue to irreparably damage NJMG.  NJMG has no adequate remedy at law for these wrongs and injuries.  NJMG is, therefore, entitled to a preliminary and/or permanent injunction restraining and enjoining the defendant and its agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing NJMG's Flag Raising Copyright.

16. Defendant has willfully infringed NJMG's Flag Raising Copyright.

17. NJMG is entitled to recover damages sustained as a result of defendant's unlawful conduct, including defendant's profits, or alternatively, at NJMG's election, statutory damages.

WHEREFORE, NJMG demands judgment:

A. Preliminarily and/or permanently enjoining defendant, its agents, servants, employees, and attorneys and all those acting in concert with them from infringing NJMG's Flag Raising Copyright in violation of 17 U.S.C. § 501;

B. Awarding NJMG DepositPhotos' profits, or alternatively, at NJMG's election, statutory damages, as a result of Defendant's infringement of NJMG's Flag Raising Copyright;

C. Awarding NJMG its costs in this action, including its reasonable attorneys' fees pursuant to 17 U.S.C. § 505; and

D. Granting such other and further relief as to this Court seems just and proper.

## Jury Trial Demand

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, NJMG hereby demands a trial by jury of all issues

that are so triable.

Dated:  New York, New York
        June 27, 2014

                          DUNNEGAN & SCILEPPI LLC

                          By _William Dunnegan_____
                            William Dunnegan (WD0415)
                            wd@dunnegan.com
                            Richard Weiss (RW4039)
                            rw@dunnegan.com
                          Attorneys for Plaintiff
                            North Jersey Media Group Inc.
                          350 Fifth Avenue
                          New York, New York 10118
                          (212) 332-8300

# Exhibit A



# **Exhibit B**

Case 1:14-cv-04785-JGK   Document 1   Filed 06/27/14   Page 10 of 11

Additional Certificate (17 U.S.C. 706)
## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-014-297

EFFECTIVE DATE OF REGISTRATION

| 10 | 05 | 2001 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼  Three  Firefighters Raising The American  Photograph
Flag on the Ruins of the World Trade Center
NATURE OF THIS WORK ▼ See instructions

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the
contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**
**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼   North Jersey Media Group Inc.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ New Jersey
     Domiciled in ▶ New Jersey

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was
Completed   2001
This information must be given in all cases.
Year ◀

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ 9   Day ▶ 12   Year ▶ 2001
U.S.A.   ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

North Jersey Media Group Inc.
150 River Street
Hackensack, NJ   07601-7172

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
OCT 05 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 05 2001
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY _5144_ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ **a.** ☐ This is the first published edition of a work previously registered in unpublished form.
☐ **b.** ☐ This is the first application submitted by this author as copyright claimant.
☐ **c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a
See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name/Address/Apt/City/State/ZIP** ▼

Sally A. Steffen, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

b

Area code and daytime telephone number ▶ ( 215 ) 864-8222        Fax number ▶ (215) 864-8999
Email ▶ steffen@ballardspahr.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _North Jersey Media Group, Inc._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sally A. Steffen        Date ▶  9/28/01

**Handwritten signature (X)** ▼
X _Sally A. Steffen_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Sally A. Steffen, Esquire
**Number/Street/Apt** ▼ Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
**City/State/ZIP** ▼ Philadelphia, PA  19103

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71