UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH JERSEY MEDIA GROUP,
                           Plaintiff(s),

                           **NOTICE OF COURT CONFERENCE**

    -against-

DEPOSITPHOTOS, INC.,                           14 civ 4785 (JGK)
                         Defendant(s).
------------------------------------------------------------X

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, September 3, 2014,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                  **Don Fletcher**

                                                  **Courtroom Case Manager**

Dated: New York, New York
         July 8, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2014
```