UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NORTH JERSEY MEDIA GROUP, INC.,

           Civil Action No. 14-CV-4785

        Plaintiff(s),

-against-

DEPOSITPHOTOS, INC. d/b/a
DEPOSITPHOTOS.COM,

           **AFFIDAVIT OF SERVICE**

        Defendant(s).
------------------------------------------------------X

STATE OF NEW YORK   )
                        s.s :
COUNTY OF NEW YORK  )

    BOBBY ALI, being duly sworn, deposes and says that he is an agent of MLQ ATTORNEY SERVICES, INC., is a citizen of the United States over the age of eighteen years and is not a party to the action.
    That on the 1st day of July, 2014, at approximately 2:55 p.m., deponent served a true copy of the **Summons in a Civil Action; Judge's Rules; ECF Rules & Instructions and Complaint** upon DepositPhotos, Inc. d/b/a DepositPhotos.com c/o National Registered Agents, Inc. at 111 Eighth Avenue, New York, New York 10011 by personally delivering and leaving the same with Nora Dindyal, Process Specialist, who stated that she is authorized to accept service.
    Nora Dindyal is a brown-skinned female, approximately 45-50 years of age, is approximately 5 feet, 3 inches tall, weighs approximately 135 pounds, with long black hair and dark eyes and was wearing glasses.

Sworn to before me this
2nd day of July, 2014

_____
BOBBY ALI #871612

_____
**NOTARY PUBLIC, STATE OF NEW YORK**
**MICHAEL J. KEATING**
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2018**

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794



412346