AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| North Jersey Media Group Inc., <br> *Plaintiff* <br> v. <br> Depositphotos, Inc. d/b/a depositphotos.com, <br> *Defendant* | ) <br> ) <br> )  Case No.  14-cv-4785 (JGK) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Depositphotos, Inc. d/b/a depositphotos.com

Date:   08/08/2014

*[signature]*
*Attorney's signature*

Martin F. Gusy (MG2504)
*Printed name and bar number*

COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
*Address*

mgusy@cozen.com
*E-mail address*

(212) 883-4900
*Telephone number*

(646) 461-2070
*FAX number*