UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM, <br><br> Defendant. | Civil Action No. 14-CV-4785 (JGK) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Evan Fray-Witzer, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM in the above-captioned action.

I am in good standing of the bars of the states of Massachusetts and New Hampshire and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 12, 2014

Respectfully Submitted,

_____
Evan Fray-Witzer, Esq.
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000 (telephone)
(617) 507-8864 (facsimile)
Evan@CFWLegal.com