

# New Hampshire
## BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300 ❋ Concord, New Hampshire 03301-3502
T 603-224-6942 ❋ F 603-224-2910 ❋ www.nhbar.org

**Board of Governors**

**Officers**
LISA A. WELLMAN-ALLY
*President*
MARY E. TENN
*President-Elect*
DAVID W. RUOFF
*Vice-President*
PETER E. HUTCHINS
*Secretary*
ROBERT R. HOWARD, III
*Treasurer*
JAYE L. RANCOURT
*Immediate Past-President*

**Governors-at-Large**
EDWARD D. PHILPOT, JR.
*Laconia*
JONATHAN M. ECK
*Manchester*
CHRISTOPHER T. REGAN
*Durham*
JACKI A. SMITH
*Nashua*
JOHN A. CURRAN
*Nashua*

**Public Sector Governor**
MARY ANN DEMPSEY

**County Governors**
SUZANNE S. MCKENNA
*Belknap County*
DENNIS L. MORGAN
*Carroll County*
RICHARD C. GUERRIERO, JR.
*Cheshire County*
SANDRA L. CABRERA
*Coos County*
ORA SCHWARTZBERG
*Grafton County*
DAVID W. MCGRATH
*Hillsborough County - North*
CATHERINE E. SHANELARIS
*Hillsborough County - South*
JAMES A. SHEPARD
*Merrimack County*
PATRICK T. O'DAY
*Rockingham County*
EDWARD T. CLANCY
*Strafford County*
LANEA A. WITKUS
*Sullivan County*

**Association ABA Delegate**
RUSSELL F. HILLIARD
*Portsmouth*

**Executive Staff**
Jeannine L. McCoy
*Executive Director*
Denice M. DeStefano
*Assistant Executive Director*
Virginia A. Martin
*Associate Executive Director for Legal Services*
Daniel R. Wise
*Director of Communications Bar News Editor*
Paula D. Lewis
*Director of Finance & IT*
Joanne M. Hinnendael
*Director of Continuing Legal Education*

8/11/2014

To Whom It May Concern:

This is to certify that:

Attorney Evan Fray-Witzer
Lexington, MA
Bar ID #: 10233
Current Status: Active
Date of Admission: 05/31/1994

is a member in good standing with the New Hampshire Bar Association, meaning their Association Dues and Court Fees are current.

Sincerely,

*Deborah A Bridges*

Deborah A. Bridges

Sent on behalf of:
Susan M. Lakeway
Member Records Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledge before me this __11__ day of __August__, 2014 by Deborah A. Bridges.

KATHERINE G. ZAFIRAKIS, Notary Public
My Commission Expires November 9, 2016

...Supporting Members of the Legal Profession and Their Service to the Public and Justice System