UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC.,     Plaintiff, <br><br> -v- <br><br> DEPOSITPHOTOS, INC. D/B/A DEPOSITPHOTOS.COM <br>                                  Defendant. | Case No. 12-CV-4785 (JGK) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DEFENDANT DEPOSITPHOTOS, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of Defendant DepositPhotos, Inc., which are public held.

**Date:** August 12, 2014

Signature of Attorney     Matthew Shayefar

**Attorney Bar Code:** Pro Hac Vice Pending

Form Rule7_1.pdf SDNY Web 10/2007