UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM, <br><br> Defendant. | Civil Action No. 14-CV-4785 (JGK) <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Valentin D. Gurvits, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 13, 2014

Respectfully Submitted,

/s/ Valentin D. Gurvits

Valentin D. Gurvits, Esq.
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
(617) 928-1804 (telephone)
(617) 928-1802 (facsimile)
vgurvits@bostonlawgroup.com