UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEPOSITPHOTOS, INC. D/B/A/<br>DEPOSITPHOTOS.COM,<br><br>　　　　　　Defendant. | Civil Action No. 14-CV-4785 (JGK)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

　　　　The motion of Valentin D. Gurvits, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

> Valentin D. Gurvits, Esq.
> BOSTON LAW GROUP, PC
> 825 Beacon Street, Suite 20
> Newton Centre, Massachusetts 02459
> (617) 928-1804 (telephone)
> (617) 928-1802 (facsimile)
> vgurvits@bostonlawgroup.com

　　　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM in the above entitled action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge