# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** DepositPhotos Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** DepositPhotos, Deposit Photos
www.depositphotos.com

**Address of Service Provider:** 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Copyright Agent

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@depositphotos.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: DepositPhotos Inc, received 3/4/2010; scanned 3/18/2010

Designating Service Provider:
Date: 4/27/14

**Typed or Printed Name and Title:** Valentin Gurvits, Attorney

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Scanned
MAY 14 2014

Mail the form to:
Copyright I&R/Recordation
P.O. Box 71537
Washington, DC 20024


162266387

Received
MAY 07 2014
Copyright Office