

# DMCA Copyright Infringement Notice



Depositphotos Inc. ("Depositphotos") respects the intellectual property of others and expects that the users of our website feel the same way. If you believe that any file made available by Depositphotos infringes upon any copyright that you own or control, as set forth in the Digital Millennium Copyright Act of 1998 ("DMCA"), please follow the procedure below. The notification must be a written communication provided to Depositphotos' designated agent that includes the following:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Depositphotos to locate the material.

- Information reasonably sufficient to permit Depositphotos to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

- A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

- A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

The above information must be submitted as a written notification to the following Designated Agent of Depositphotos:

**Name of Agent Designated to Receive Notification of Claimed**

**Infringement:** Copyright Agent, Depositphotos Inc.
**Address of Designated Agent:** 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301, USA
**Telephone Number of Designated Agent:** 1-954-990-0075
**Fax Number of Designated Agent:** 1-954-333-3959
**Email Address of Designated Agent:** abuse@depositphotos.com

If you fail to comply with all these requirements, your DMCA notice may not be valid. Any other inquiries, including technical support requests, billing questions, etc., submitted to this agent will be disregarded.

## Depositphotos

About Us
Our Plans & Prices
Frequently Asked Questions
Depositphotos Blog
Referral Program
Affiliate Program
Careers
Site Map
Newest Files
Become a Contributor

 Adobe CS / CC Extension

 Sell Mobile Photos

## Site Language

**English**  Česky
Deutsch  Svenska
Français  中文
Español  Türkçe
Русский  Español (Mexico)
Italiano  Ελληνικά
Português  Korean
Polski  Magyar
Nederlands
日本語

## Legal Information

Membership Agreement
Standard & Extended License
License Comparison
Privacy Policy
All Documents

 **TRUSTe** CERTIFIED PRIVACY

 **ACCREDITED BUSINESS**

 **DEPOSITPHOTOS' RATING:** 4.7 stars based on 615,750 comments


**Bird In Flight** - The Photo Magazine

### Contact & Support

+1-954-990-0075

 Live Chat
 Click-to-Call

Contact Us
Give Feedback

### Follow Us

 

© 2009-2014. Depositphotos, Inc. USA. All Rights Reserved.