UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC.,<br><br>Plaintiff,<br><br>v.<br><br>DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM,<br><br>Defendant. | Civil Action No. 14-CV-4785 (JGK)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Matthew Shayefar, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Massachusetts and California; and that his contact information is as follows:

> Matthew Shayefar, Esq.
> BOSTON LAW GROUP, PC
> 825 Beacon Street, Suite 20
> Newton Centre, Massachusetts 02459
> (617) 928-1806 (telephone)
> (617) 928-1802 (facsimile)
> matt@bostonlawgroup.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant DEPOSITPHOTOS, INC. D/B/A/ DEPOSITPHOTOS.COM in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____

United States District / Magistrate Judge