UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPOSITPHOTOS, INC. d/b/a DEPOSITPHOTOS.COM, <br><br> Defendant. | Docket No. 12-CV-04785-JGK |

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

Defendant DepositPhotos Inc. d/b/a DepositPhotos.com ("Defendant") hereby files notice that Defendant served Plaintiff North Jersey Media Group Inc. ("Plaintiff") with an Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 on August 18, 2014.  A copy of that Offer of Judgment is attached as Exhibit A to the Declaration of Matthew Shayefar filed concurrently herewith.  Defendant offered to allow judgment to be entered against it in this action in the amount of Two Thousand Dollars ($2,000.00), intending to resolve all of the claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit.  *Id.*

On August 22, 2014, William Dunnegan, Esq., counsel of record for Plaintiff sent a written notice accepting Plaintiff's Offer of Judgment.  A copy of the correspondence between counsel for the Parties is attached as Exhibit B to the Declaration of Matthew Shayefar.

Therefore, in accordance with Rule 68 of the Federal Rules of Civil Procedure, Defendant respectfully requests that the Clerk enter judgment against Defendant DepositPhotos Inc. in the amount of Two Thousand Dollars ($2,000.00).

1

Dated: August 22, 2014

    Respectfully submitted,
    DepositPhotos, Inc., d/b/a DepositPhotos.com,
    By its attorneys,

    /s/ Matthew Shayefar
    Matthew Shayefar (*pro hac vice pending*)
    Valentin Gurvits (*pro hac vice pending*)
    BOSTON LAW GROUP, PC
    825 Beacon Street, Suite 20
    Newton Centre, Massachusetts 02459
    Tel:   (617) 928-1800
    Fax:  (617) 928-1802
    matt@bostonlawgroup.com
    vgurvits@bostonlawgroup.com

    /s/ Evan Fray-Witzer
    Evan Fray Witzer (*pro hac vice pending*)
    CIAMPA FRAY-WITZER, LLP
    20 Park Plaza, Suite 505
    Boston, Massachusetts 02116
    Tel:   (617) 426-0000
    Fax:  (617) 507-8043
    Evan@CFWLegal.com

    /s/ Martin F. Gusy (MG2504)
    Martin F. Gusy, Esq.
    Matthew J. Weldon, Esq.
    COZEN O'CONNOR
    277 Park Avenue
    New York, NY 10172
    mgusy@cozen.com
    (212) 883-4900

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 22, 2014.

/s/ Matthew Shayefar
Matthew Shayefar