UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DEPOSITPHOTOS, INC. d/b/a<br>DEPOSITPHOTOS.COM,<br><br>    Defendant. | Docket No. 12-CV-04785-JGK |

## **DECLARATION OF MATTHEW SHAYEFAR**

I, Matthew Shayefar, declare as follows:

    1.    I am an attorney licensed to practice in the Commonwealth of Massachusetts and the State of California and my admission to practice *pro hac vice* before this court is currently pending.  I am an attorney at Boston Law Group, PC, counsel for Defendant DepositPhotos, Inc. d/b/a DepositPhotos.com ("Defendant") in this action against Plaintiff North Jersey Media Group Inc. ("Plaintiff").  I have personal knowledge of the facts stated herein.  If called upon to do so, I could and would testify to the truth thereof.

    2.    Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 that I served to counsel for Plaintiff on behalf of Defendant on August 18, 2014 by email and first class mail.

    3.    Attached hereto as <u>Exhibit B</u> is a true and correct copy of email correspondence between myself and Attorney William Dunnegan, counsel for Plaintiff, in which Attorney Dunnegan, in his email of August 22, 2014 at 7:52 AM, accepts the offer of judgment on behalf of Plaintiff.

1

I swear under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Dated: August 22, 2014            /s/ Matthew Shayefar
                                  Matthew Shayefar

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 22, 2014.

/s/ Matthew Shayefar
Matthew Shayefar