# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

NORTH JERSEY MEDIA GROUP INC.,

     Plaintiff,

v.

DEPOSITPHOTOS, INC. d/b/a
DEPOSITPHOTOS.COM,

     Defendant.

Docket No. 12-CV-04785-JGK

## OFFER OF JUDGMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 68

To:    William Irvin Dunnegan, Esq.
       Richard Weiss, Esq.
       Dunnegan & Scileppi LLC
       350 Fifth Avenue
       New York, New York 10118
       wd@dunnegan.com
       rw@dunnegan.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant DepositPhotos, Inc. d/b/a DepositPhotos.com ("Defendant") hereby offers to allow judgment to be entered against it in this action in the amount of Two Thousand Dollars ($2,000.00). This offer of judgment is intended to resolve all of the claims of Plaintiff North Jersey Media Group Inc ("Plaintiff") in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendant is liable in this action or that Plaintiff has suffered any damage. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

1

If Plaintiff does not accept this offer, it may become obligated to pay Defendant's costs incurred after the making of this offer.  To accept this offer, Plaintiff must serve written notice of acceptance within fourteen (14) days of the date hereof.  If Plaintiff does not accept this offer in writing within fourteen (14) days of the date hereof, then Defendant's offer shall be deemed withdrawn in accordance with Federal Rule of Civil Procedure 68(b).

Dated: August 18, 2014

Respectfully submitted,
DepositPhotos, Inc., d/b/a DepositPhotos.com,
By its attorneys,

Matthew Shayefar (*pro hac vice pending*)
Valentin Gurvits (*pro hac vice pending*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel:     (617) 928-1800
Fax:     (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

/s/ Evan Fray-Witzer
Evan Fray Witzer (*pro hac vice pending*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel:     (617) 426-0000
Fax:     (617) 507-8043
Evan@CFWLegal.com

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing was served on the counsel of record for the Plaintiff in the above captioned action via email and first class mail on August 18, 2014.

_____
Matthew Shayefar, Esq.