USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/4/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
NORTH JERSEY MEDIA GROUP INC.,       :

            Plaintiff,               :

       -against-                     :   14 Civ. 4785 (JGK)

DEPOSITPHOTOS, INC. D/B/A            :   ECF Case
DEPOSITPHOTOS.COM,                   
                                     :
            Defendant.
                                     :
- - - - - - - - - - - - - - - - - - x

## JUDGMENT

In accordance with an accepted offer of judgment, judgment is hereby entered in favor of plaintiff and against defendant in the amount of $2,000, including costs and attorneys' fees; and the prior motion of defendant for judgment on the pleadings is withdrawn.

Dated: September 2, 2014

                              SO ORDERED:

                              _____
                              Hon. John G. Koeltl
                                   U.S.D.J.

The Clerk is directed to close this case. So ordered.

9/3/14
U.S.D.J.

CONSENT TO ENTRY

The undersigned consent to the entry of the foregoing judgment.

Dated: New York, New York
September 2, 2014

DUNNEGAN & SCILEPPI LLC

By _____
William Dunnegan (WD0415)
wd@dunnegan.com
Richard Weiss (RW4039)
rw@dunnegan.com
Attorneys for Plaintiff
North Jersey Media Group Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

COZEN O'CONNOR

By _____
Martin F. Gusy (MC2500)
mgusy@cozen.com
Attorneys for Defendant
Depositphotos, Inc.
277 Park Avenue
New York, NY 10172
(212) 883-4900

BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1800

CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000

Of Counsel.