UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH JERSEY MEDIA GROUP INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DEPOSITPHOTOS, INC. d/b/a<br>DEPOSITPHOTOS.COM,<br><br>    Defendant. | Docket No. 14-CV-04785-JGK |

**DEPOSITPHOTOS, INC.'S NOTICE OF
SATISFACTION OF JUDGMENT**

Defendant DepositPhotos Inc. d/b/a DepositPhotos.com ("Defendant") hereby files notice of its receipt of Plaintiff's Satisfaction of Judgment. A copy of that Satisfaction of Judgment is attached hereto as Exhibit 1.

Dated: September 15, 2014

                                          Respectfully submitted,
                                          DepositPhotos, Inc., d/b/a DepositPhotos.com,
                                          By its attorneys,

                                          /s/ Matthew Shayefar
                                          Matthew Shayefar (*pro hac vice pending*)
                                          Valentin Gurvits (*pro hac vice pending*)
                                          BOSTON LAW GROUP, PC
                                          825 Beacon Street, Suite 20
                                          Newton Centre, Massachusetts 02459
                                          Tel:    (617) 928-1800
                                          Fax:   (617) 928-1802
                                          matt@bostonlawgroup.com
                                          vgurvits@bostonlawgroup.com

                                          /s/ Evan Fray-Witzer
                                          Evan Fray Witzer (*pro hac vice pending*)

1

>CIAMPA FRAY-WITZER, LLP
>20 Park Plaza, Suite 505
>Boston, Massachusetts 02116
>Tel:	(617) 426-0000
>Fax:	(617) 507-8043
>Evan@CFWLegal.com
>
>/s/ Martin F. Gusy (MG2504)
>Martin F. Gusy, Esq.
>Matthew J. Weldon, Esq.
>COZEN O'CONNOR
>277 Park Avenue
>New York, NY 10172
>mgusy@cozen.com
>(212) 883-4900

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 15, 2014.

>/s/ Matthew Shayefar
>Matthew Shayefar