```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

NORTH JERSEY MEDIA GROUP INC.,        :

                Plaintiff,            :

        -against-                     :   14 Civ. 4785 (JGK)

DEPOSITPHOTOS, INC. D/B/A             :   ECF Case
DEPOSITPHOTOS.COM,
                                      :
                Defendant.
                                      :
- - - - - - - - - - - - - - - - - - -x
```

SATISFACTION OF JUDGMENT

The judgment entered in this action be, and hereby is, satisfied.

Dated:  New York, New York
        September 11, 2014

                                        DUNNEGAN & SCILEPPI LLC

                                        By /s/ William Dunnegan
                                        William Dunnegan (WD0415)
                                        wd@dunnegan.com
                                        Richard Weiss (RW4039)
                                        rw@dunnegan.com
                                        Attorneys for Plaintiff
                                          North Jersey Media Group Inc.
                                        350 Fifth Avenue
                                        New York, New York 10118
                                        (212) 332-8300